UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVOOD KHADEMI,<br><br>　　　　Petitioner,<br><br>　v.<br><br>PLACER COUNTY SUPERIOR COURT,<br><br>　　　　Respondent. | No. 2:19-cv-1603 AC P<br><br><br>ORDER |

     Petitioner is a pretrial detainee proceeding pro se. On August 26, 2019, he was ordered to file a completed in forma pauperis application or pay the filing fee and was cautioned that failure to do so would result in a recommendation that this action be dismissed. ECF No. 3. Petitioner responded to the order by arguing that he was not required to complete an application to proceed in forma pauperis because he had been granted in forma pauperis status in other cases. ECF No. 4. The court advised petitioner that he was still required to submit an application in this case, and gave him thirty days to do so. ECF No. 5. The thirty-day period has now expired, and petitioner has not submitted an application to proceed in forma pauperis. Petitioner will be given one final opportunity to submit an application to proceed in forma pauperis. Failure to comply with this order will result in a recommendation that the petition be dismissed.

     Accordingly, IT IS HEREBY ORDERED that:

    1. Within twenty-one days of the service of this order, petitioner must submit an

1

application to proceed in forma pauperis. Failure to comply with this order will result in a recommendation that this action be dismissed.

    2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: October 21, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE